■ In the Matter of TINA M. DE BOTTIS, Respondent, v ROBERT GATES, Appellant. (Appeal No. 2.) [668 NYS2d 139] —Amended order unanimously reversed on the law without costs and matter remitted to Ontario County Family Court for further proceedings in accordance with the same Memorandum as in *Matter of De Bottis v Gates* (247 AD2d 844 [decided herewith]). (Appeal from Amended Order of Ontario County Family Court, Henry, Jr., J.—Support.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.